**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ORLANDO HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-05827 |
| | ) | |
| v. | ) | Honorable John Robert Blakey |
| | ) | |
| THOMAS EDWARDS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**

Defendants Thomas Edwards, Gregory Miller, and Terrance Ross, by and through their attorney KWAME RAOUL, Attorney General of the State of Illinois, report to this Court that they are on track to complete discovery in this matter by the current deadline of December 31, 2025. In support thereof, Defendants state:

1. On September 15, 2025, the undersigned conducted the deposition of Plaintiff.

2. The parties have been exchanging discovery information and anticipate that they will be able to conclude with discovery by the date of December 31, 2025.

3. The undersigned has further set up a phone call with Plaintiff for Friday, November 14, 2025. The parties will determine what further discovery is needed and whether any outstanding discovery remains.

Dated: November 7, 2025.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: */s/ Huda Khan*
HUDA KHAN
Assistant Attorney General
Office of the Illinois Attorney General
115 South LaSalle Street

1

Chicago, Illinois 60603
(312) 446-1286
Huda.khan@ilag.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 7, 2025, the foregoing document, **STATUS REPORT,** was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. Additionally, this document is being mailed to the following individual via regular US Mail:

> **Orlando Harris**
> R14754
> Pinckneyville Correctional Center
> Inmate Mail/Parcels
> 5835 State Route 154
> Pinckneyville, IL 62274

*/s/ Huda Khan*
Huda Khan
